

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2015

No. 04-14-00671-CR

The **STATE** of Texas,
Appellant

v.

Raul Becerra **CASTORENA**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 11297CR
The Honorable Enrique Fernandez, Judge Presiding

## O R D E R

   We grant the State's motion for extension of time. We **order** the State's brief due July 9, 2015.

_____
Luz Elena D. Chapa, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court